B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re  Martin Lara Vazquez
Adriana Botello De Lara
_____
Debtor(s)

Case No.  2:10-bk-10781-SB
Chapter  7

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Martin Lara Vazquez__, the debtor in the above-styled case, hereby certify that on _02/6/2010_, I completed an instructional course in personal financial management provided by __Black Hills Children's Ranch, Inc.__, an approved personal financial management provider.

Certificate No. (if any): _00437-CAC-DE-009832810_.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
☐ Active military duty in a military combat zone; or
☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: ___/s/ Martin Lara Vazquez___
Martin Lara Vazquez

Date:  May 27, 2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-009832809

Bankruptcy Case Number: 10-10781

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 6, 2010, at 2:06 o'clock PM MST,

Martin Lara Vazquez completed a course on personal financial management given by internet by

Black Hills Children's Ranch, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: February 6, 2010      By      /s/Juliana Tomek

                            Name    Juliana Tomek

                            Title   Credit Counselor

**United States Bankruptcy Court**
**Central District of California**

In re  Martin Lara Vazquez
      Adriana Botello De Lara
                                                                    Case No.  2:10-bk-10781-SB
                          Debtor(s)                                 Chapter   7

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Adriana Botello De Lara__, the debtor in the above-styled case, hereby certify that on __02/06/2010__, I completed an instructional course in personal financial management provided by __Black Hills Children's Ranch, Inc.__, an approved personal financial management provider.

Certificate No. (if any): __00437-CAC-DE-009832810__.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *(signed)* Adriana Botello De Lara

Date:  May 27, 2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-009832810

Bankruptcy Case Number: 10-10781

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 6, 2010, at 2:06 o'clock PM MST, Adriana Botello de Lara completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: February 6, 2010

By /s/Juliana Tomek

Name Juliana Tomek

Title Credit Counselor