| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L BISHOP AUSTIN & ASSOCIATES<br>L Bishop Austin, SBN 175497<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>Tel: 213.388.4939 Fax: 213.388.2411<br>Email: lbishopbk@yahoo.com<br><br>*Attorney for:* Debtors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Martin Lara Vazquez and Adriana Botello De Lara<br><br><div align=right>Debtor(s).</div> | CHAPTER: 7<br><br>CASE NO.: 2:10-bk-10781-BB |
|---|---|

## DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

**(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

   a. A voluntary petition under chapter   ☑ 7   ☐ 13  was filed on: 01/08/2010

   b. Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I, Martin Lara Vazquez _____, the Debtor in this case, and Adriana Botello De Lara _____, (if joint debtors) hereby request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010; and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

   On February 6, 2010 I completed my post-petition instructional course, but I was confused about what to do with it
   I coud not afford contacting my attorney because of lack of transportation, but on May 27, 2010 I finally went to
   my attorney and he filed in court the final certificate, see attached Pacer-Docket # 18. Attached here as exhibit "A"
   My chapter 7 case was closed on May 20, 2010 without the discharge. See Docket report attached as exhibit "B"
   I kindly request the Court please take in consideration our financial hardship situation and allows us to receive our
   discharge of debts.

   and I declare this under penalty of perjury.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                            **F 5010-1.1M**

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 2

| In re | CHAPTER: 7 |
| Martin Lara Vazquez and Adriana Botello De Lara | |
| Debtor(s). | CASE NO.:2:10-bk-10781-BB |

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered.

| _____ | 7/23/10 | Los Angeles | CA |
| Debtor's Signature | Dated | City | State |

| _____ | 7/23/10 | Los Angeles | CA |
| Joint Debtor's Signature | Dated | City | State |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 5010-1.1M**

Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| | |
|---|---|
| In re<br>Martin Lara Vazquez and Adriana Botello De Lara<br><div align="right">Debtor(s).</div> | CHAPTER: 7<br><br>CASE NO.: 2:10-bk-10781-BB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as <u>DEBTOR'S MOTION TO REOPEN CASE AND FOR</u>
<u>EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION</u> will be served or was served **(a)** on the judge
in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to
the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary
proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at
the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** <u>(indicate method for each person or entity served)</u>:
On <u>7/23/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States
Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes
a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** <u>(indicate method for each person or entity</u>
<u>served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission
and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later
than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>7/23/10</u> | Moises Lopez | *Moises Lopez* |
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 5010-1.1M**

```
EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626


GMAC
PO BOX 380902
MINNEAPOLIS, MN 55438


SAMS CLUB
PO BOX 960013
ORLANDO, FL 32896


SEARS CARD
PO BOX 688956
DES MOINES, IA 50368


SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117


TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022
```

MARTIN LARA VAZQUEZ
2031 VIA LIDO PLACE
POMONA, CA 91767


ADRIANA BOTELLO DE LARA
2031 VIA LIDO PLACE
POMONA, CA 91767


BANK OF AMERICA
PO BOX 851001
DALLAS, TX 75285


CAPITAL ONE
PO BOX 10531
ATLANTA, GA 30348


CHAPTER 7 TRUSTEE ROSENDO GONZALEZ
GONZALEZ & ASSOCIATES
530 SOUTH HEWITT ST., STE 148
LOS ANGELES, CA 90013


CITIBANK (BANAMEX USA)
PO BOX 6008
THE LAKES, NV 88901


CITIBANK SOUTH DAKOTA
C/O LAW OFFICES PATENAUDE & FELIX
4545 MURPHY CANYON RD 3RD FL
SAN DIEGO, CA 92123


EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re
  Martin Lara Vazquez
  Adriana Botello De Lara

               Debtor(s)

Case No.   2:10-bk-10781-SB

Chapter   7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I,  Martin Lara Vazquez , the debtor in the above-styled case, hereby certify that on  02/6/2010 , I completed an instructional course in personal financial management provided by  Black Hills Children's Ranch, Inc. , an approved personal financial management provider.

Certificate No. (if any):  00437-CAC-DE-009832810 .

☐ I,      , the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]:*
    ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:     *Martin Lara Vazquez*
                       Martin Lara Vazquez

Date:   May 27, 2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

*EXHIBIT "A"*

MAY/27/2010/TUE 04:32 PM    PIONEER MED RECRDS    FAX No. 6024405527    P. 001/001

Certificate Number: 00437-CAC-DE-009832809

Bankruptcy Case Number: 10-10781

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 6, 2010                    , at 2:06                    o'clock PM MST                    ,

Martin Lara Vazquez                                        completed a course on personal financial

management given by internet                                by

Black Hills Children's Ranch, Inc.                                                                    ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California                    .


Date: February 6, 2010                    By      /s/Juliana Tomek

                                          Name    Juliana Tomek

                                          Title   Credit Counselor

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re  Martin Lara Vazquez
    Adriana Botello De Lara

                           Debtor(s)

Case No.  2:10-bk-10781-SB

Chapter  7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Adriana Botello De Lara__, the debtor in the above-styled case, hereby certify that on __02/06/2010__, I completed an instructional course in personal financial management provided by __Black Hills Children's Ranch, Inc.__, an approved personal financial management provider.

Certificate No. (if any): __00437-CAC-DE-009832810__.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]:*

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: __Adriana Botello__
                Adriana Botello De Lara

Date: __May 27, 2010__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**CLOSED**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:10-bk-10781-BB

*Date filed:* 01/08/2010
*Date terminated:* 05/20/2010

*Assigned to:* Sheri Bluebond
Chapter 7
Voluntary
No asset

*Debtor disposition:* Discharge Withheld for
Failure to Submit Cert of Instructional Course for
Personal Financial Mgmt
*Joint debtor disposition:* Discharge Withheld for
Failure to Submit Cert of Instructional Course for
Personal Financial Mgmt

**Debtor**
**Martin Lara Vazquez**
1434 E Greenview Dr
Orange, CA 92866
SSN / ITIN: xxx-xx-6759

represented by **Leroy Bishop Austin**
L..Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502
213-388-4939
Fax : 213-388-2411
Email: lbishopbk@yahoo.com

**Joint Debtor**
**Adriana Botello De Lara**
1434 E Greenview Dr
Orange, CA 92866
SSN / ITIN: xxx-xx-3831

represented by **Leroy Bishop Austin**
(See above for address)

**Trustee**
**Rosendo Gonzalez**
Gonzalez & Associates
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013
(213) 452-0071

**U.S. Trustee**
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

*EXHIBIT "B"*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/08/2010 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Martin Lara Vazquez, Adriana Botello De Lara (Austin, Leroy) (Entered: 01/08/2010) |
| 01/08/2010 | 2 | Declaration Re: Electronic Filing Filed by Joint Debtor Adriana Botello De Lara, Debtor Martin Lara Vazquez. (Austin, Leroy) (Entered: 01/08/2010) |
| 01/08/2010 | 3 | Certificate of Credit Counseling Filed by Joint Debtor Adriana Botello De Lara, Debtor Martin Lara Vazquez. (Austin, Leroy) (Entered: 01/08/2010) |
| 01/08/2010 | 4 | Debtor's Certification of Employment Income Filed by Joint Debtor Adriana Botello De Lara, Debtor Martin Lara Vazquez. (Austin, Leroy) (Entered: 01/08/2010) |
| 01/08/2010 | 5 | Statement of Social Security Number(s) Form B21 Filed by Joint Debtor Adriana Botello De Lara, Debtor Martin Lara Vazquez. (Austin, Leroy) (Entered: 01/08/2010) |
| 01/08/2010 | | Receipt of Voluntary Petition (Chapter 7)(2:10-bk-10781) [misc,volp7] ( 299.00) Filing Fee. Receipt number 12297660. Fee amount 299.00. (U.S. Treasury) (Entered: 01/08/2010) |
| 01/08/2010 | 6 | Meeting of Creditors with 341(a) meeting to be held on 02/10/2010 at 03:30 PM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Objections for Discharge due by 04/12/2010. (Austin, Leroy) (Entered: 01/08/2010) |
| 01/11/2010 | 7 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Tatum, Shafari) (Entered: 01/11/2010) |
| 01/13/2010 | 8 | BNC Certificate of Notice (RE: related document(s) 6 Meeting (Chapter 7)) No. of Notices: 15. Service Date 01/13/2010. (Admin.) (Entered: 01/14/2010) |
| 01/13/2010 | 9 | BNC Certificate of Notice (RE: related document(s) 7 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 01/13/2010. (Admin.) (Entered: 01/14/2010) |
| 01/14/2010 | 10 | Tax Documents for the Year for 2008 Filed by Joint Debtor Adriana Botello De Lara, Debtor Martin Lara Vazquez. (Austin, Leroy) (Entered: 01/14/2010) |

| 05/20/2010 | 16 | Case closed without discharge. Debtor has not filed a Financial Management Course Certificate proving compliance with the required instructional course requirement for discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion (BNC) (Milano, Sonny) (Entered: 05/20/2010) |
| 05/22/2010 | 17 | BNC Certificate of Notice (RE: related document(s) 16 Case Closed Without Discharge Ch 7 (BNC)) No. of Notices: 18. Service Date 05/22/2010. (Admin.) (Entered: 05/22/2010) |
| 05/27/2010 | 18 | Financial Management Course Certificate Filed *May 27, 2010* Filed by Joint Debtor Adriana Botello De Lara, Debtor Martin Lara Vazquez. (Austin, Leroy) (Entered: 05/27/2010) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 07/23/2010 09:41:43 | | |
| **PACER Login:** | hu0043 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-bk-10781-BB Fil or Ent: filed From: 4/23/2009 To: 7/23/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |